IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GLEB TSIPURSKY, PhD.

    Plaintiff

v.

THE OHIO STATE UNIVERSITY, et al.

: CASE NO. 2:18-cv-753

: JUDGE WATSON

: MAGISTRATE JUDGE VASCURA

:

## JOINT STIPULATED DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and give notice of this stipulated dismissal with prejudice of all claims, each party to bear its own costs.

Respectfully Submitted:

| | |
|---|---|
| s/ Gary A. Reeve | s/ Wendy K. Clary |
| Gary A. Reeve (0064872) | Wendy K. Clary (0077775) |
| Trial Attorney for Plaintiff | Trial Attorney for Defendants |
| Law Offices of Gary A. Reeve | Senior Assistant Attorney General |
| 5354 Cemetery Road | Employment Law Section |
| Hilliard, Ohio 43026 | 30 East Broad Street, 23rd Floor |
| (614) 808-1881 | Columbus, Ohio 43215-3167 |
| | (614) 644-7257 |

## CERTIFICATE OF SERVICE

This is to certify that a true copy of this Joint Stipulated Dismissal was served upon Defendant's counsel electronically through the ECF system this 5th day of November, 2019.

                                                  s/ Gary A. Reeve
                                                Gary A. Reeve